WILLIAM H. FOSTER *v.* SMITHKLINE CORPORATION ET AL.
(6569)

SPALLONE, O'CONNELL and FOTI, Js.

Argued March 15—decision released March 28, 1989

*Alice S. Miskimin,* with whom, on the brief, was *Herbert Watstein,* for the appellant (plaintiff).

*Jackson J. O'Keefe,* with whom, on the brief, was *Maureen Sullivan Dinnan,* for the appellee (defendant Pacifico G. Flores, Jr.).

PER CURIAM. In this malpractice action, the plaintiff appeals from the judgment rendered after the court directed a defendants' verdict. He claims the trial court

erred (1) in excluding certain hospital records and medical reports, (2) in excluding testimony from the plaintiff's expert concerning causation of gynecomastia, (3) in denying the plaintiff's motion to amend his complaint, (4) in excluding from evidence an authoritive medical study used by the plaintiff's treating physician, and (5) in directing a verdict for the defendant.

The claims of error pressed by the plaintiff implicate the discretionary powers of the trial court. Our review fails to disclose any abuse of such discretion.

There is no error.